UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREW D. WETZEL                                    CIVIL ACTION

versus                                              NO. 13-6200

JERRY GOODWIN, WARDEN                               SECTION: "N" (1)

### JUDGMENT

The Court, having considered the petition, the record, the applicable law and for the written reasons assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the federal petition of **Andrew D. Wetzel** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 23rd day of April, 2014.

UNITED STATES DISTRICT JUDGE